UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>　　　　Defendants. | Case No.:  25-cv-1501-RBM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO:**<br><br>**(1) SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTIONS;**<br><br>**(2) CONTINUE HEARING DATE;**<br><br>**(3) CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[Doc. 37] |

　　　The parties have filed a Joint Motion to (1) Set Briefing Schedule on Plaintiffs' Motions for Class Certification and to Proceed Pseudonymously, (2) Continue Hearing Date, and (3) Continue Defendants' Deadline to Respond to Plaintiffs' Complaint ("Joint Motion") (Doc. 37).  Good cause appearing, the Court **GRANTS** the Joint Motion.

　　　The briefing schedule on the motions is extended as follows:

- Defendants' oppositions to the motions are due by **August 12, 2025**;
- Plaintiffs' replies are due by **August 26, 2025**;

- The parties may include the requested September 2, 2025 hearing date for purposes of including a hearing date on the briefs.[1]

Defendants' deadline to respond to Plaintiffs' Complaint is extended to **September 11, 2025**.

**IT IS SO ORDERED**.

Dated:  July 14, 2025

*Ruth Bermudez Montenegro*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Civil Chambers Rules, "[t]he hearing date does not indicate a date for when appearances are necessary; rather it sets the briefing schedule for the motion pursuant to the applicable local rules including Civil Local Rule 7.1(e)."  Section III.B.