# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>                              Defendants. | Case No.:  3:25-cv-01501-RBM-BLM<br><br>**ORDER GRANTING JOINT MOTIONS**<br><br>**[Docs. 43, 44]** |

      Plaintiffs Al Otro Lado, Inc., et al., and Defendants Donald J. Trump, et al. (collectively, "the Parties"), have filed two Joint Motions.  (Docs. 43, 44.)

      In the first, the Parties move to extend the briefing deadlines for Defendants' Motion to Dismiss due to the number of issues raised and the complexity of the immigration and regulatory law at issue.  (Doc. 43 at 5.[1])  The Parties' Joint Motion to extend the briefing schedule (Doc. 43) is **GRANTED**.  As requested in the Parties Joint Motion, the briefing schedule on the motion to dismiss is extended as follows: Plaintiffs' opposition to the

---

[1] The Court cites the CM/ECF electronic pagination unless otherwise noted.

1  Defendants' motion to dismiss is due on or before October 10, 2025 and Defendants' reply
2  is due on or before October 24, 2025.
3        In the second Joint Motion (Doc. 44), the Parties state that the filings in the case
4  "have been automatically sealed because of the classification of this action as an
5  immigration case" and "jointly move the Court for an Order to lift the ECF restrictions
6  currently in place to unseal this matter." (Doc. 44 at 3.) They indicate that, "[w]ith the
7  exception of documents that are subject to a motion to seal and the identities of the
8  Individual Plaintiffs, the Parties respectfully "consent to the unsealing of this matter so that
9  non-confidential documents may be publicly accessible." (*Id.*) The filings in this case
10 have not been filed under seal. However, they have been restricted to court users, case
11 participants, and public terminal users. In accordance with the Parties' consent, the Joint
12 Motion (Doc. 44) is **GRANTED**, and the Court **ORDERS** the Clerk of Court to remove
13 these restrictions, and that restrictions not be placed on future filings absent an order from
14 the Court.
15       **IT IS SO ORDERED**.
16 Dated: September 24, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE