MORRISON & FOERSTER LLP
Eric M. Acker (CA Bar No. 135805)
eacker@mofo.com
John L. Lanham (CA Bar No. 289382)
jlanham@mofo.com
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone:  858.720.5109
Facsimile:   858.720.5125

AMERICAN IMMIGRATION COUNCIL
Michelle Lapointe*
(DC Bar No. 90032063)
mlapointe@immcouncil.org
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Telephone:   202.507.7523
Facsimile:    202.742.5619

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy* (NY Bar No. 2860740)
bazmy@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   212.614.6464
Facsimile:    212.614.6499

*Additional Attorneys for Plaintiffs Listed on Next Page*

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow*
(DC Bar No. 453487)
crowmelissa@uclawsf.edu
1121 14th Street, NW, Suite 200
Washington, DC 20005
Telephone:   202.355.4471
Facsimile:    415.581.8824

DEMOCRACY FORWARD FOUNDATION
Brian Netter* (DC Bar No. 979362)
bnetter@democracyforward.org
P.O. Box 34553
Washington, DC 20043
Telephone:   202.448.9090
Facsimile:    202.796.4426

*admitted pro hac vice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>            Defendants. | Case No. 3:25-cv-01501-RBM-BLM<br><br>**NOTICE OF APPEARANCE OF JOHN R. LANHAM FOR PLAINTIFFS** |

MORRISON & FOERSTER LLP
Robert W. Manoso*
(DC Bar No. 426323)
*rmanoso@mofo.com*
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1555
Facsimile: 202.887.0763

AMERICAN IMMIGRATION COUNCIL
Rebecca Cassler* (DC Bar No. 90017398)
*rcassler@immcouncil.org*
Suchita Mathur* (DC Bar No. 90013156)
*smathur@immcouncil.org*
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Telephone: 202.507.7523
Facsimile: 202.742.5619

CENTER FOR CONSTITUTIONAL RIGHTS
Angelo Guisado* (NY Bar No. 5182688)
*aguisado@ccrjustice.org*
Adina Marx-Arpadi*
(NY Bar No 6019335)
*amarxarpadi@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: 212.614.6464
Facsimile: 212.614.6499

CENTER FOR GENDER AND REFUGEE STUDIES
Blaine Bookey (CA Bar No. 267596)
*bookeybl@uclawsf.edu*
Peter Habib (CA Bar No. 359646)
*habibpeter@uclawsf.edu*
200 McAllister Street
San Francisco, CA 94102
Telephone: 415.565.4877
Facsimile: 415.581.8824

CENTER FOR GENDER AND REFUGEE STUDIES
Robert Pauw* (WA Bar No. 13613)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: 206.682.1080
Facsimile: 206.689.2270

DEMOCRACY FORWARD FOUNDATION
Sarah M. Rich* (GA Bar No. 281985)
*srich@democracyforward.org*
Adnan Perwez* (DC Bar No. 27532)
*aperwez@democracyforward.org*
P.O. Box 34553
Washington, DC 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of John R. Lanham of Morrison & Foerster LLP, as counsel of record for, and on behalf of, Plaintiffs in the above-referenced action. Copies of all briefs, motions, orders, correspondence, and other papers should be electronically served on the undersigned at JLanham@mofo.com.

Dated: November 21, 2025                          Respectfully Submitted,

                                                  MORRISON & FOERSTER LLP


                                                  */s/ John R. Lanham*
                                                  Attorney for Plaintiff
                                                  *JLanham@mofo.com*
                                                  John R. Lanham
                                                  Eric M. Acker
                                                  Robert W. Manoso*

                                                  CENTER FOR GENDER AND
                                                  REFUGEE STUDIES
                                                  Melissa Crow*
                                                  Blaine Bookey
                                                  Peter Habib
                                                  Robert Pauw*

                                                  CENTER FOR CONSTITUTIONAL
                                                  RIGHTS
                                                  Baher Azmy*
                                                  Angelo Guisado*
                                                  Adina Marx-Arpadi*

                                                  AMERICAN IMMIGRATION
                                                  COUNCIL
                                                  Michelle Lapointe*
                                                  Rebecca Cassler*
                                                  Suchita Mathur*

                                                  DEMOCRACY FORWARD
                                                  FOUNDATION
                                                  Brian Netter*
                                                  Sarah M. Rich*
                                                  Adnan Perwez*