MORRISON & FOERSTER LLP
Eric M. Acker (CA Bar No. 135805)
John R. Lanham (CA Bar No. 289382)
*eacker@mofo.com*
*jlanham@mofo.com*
12531 High Bluff Drive, Suite 200
San Diego, California 92130-2040
Telephone: 858.720.5109
Facsimile: 858.720.5125

AMERICAN IMMIGRATION COUNCIL
Michelle Lapointe*
(DC Bar No. 90032063)
*mlapointe@immcouncil.org*
PMB2026
2001 L Street, NW, Suite 500
Washington, D.C. 20036
Telephone: 202.507.7523
Facsimile: 202.742.5619

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy* (NY Bar No. 2860740)
*bazmy@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: 212.614.6464
Facsimile: 212.614.6499

CENTER FOR GENDER
& REFUGEE STUDIES
Melissa Crow*
(DC Bar No. 453487)
*crowmelissa@uclawsf.edu*
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
Telephone: 202.355.4471
Facsimile: 415.581.8824

DEMOCRACY FORWARD
FOUNDATION
Brian Netter* (DC Bar No. 979362)
*bnetter@democracyforward.org*
P.O. Box 34553
Washington, DC 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426

*Additional Attorneys for Plaintiffs Listed On Next Page*

* admitted pro hac vice

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No.: 3:25-cv-1501-RBM-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF NIKOLAI ZOLOTOV PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)** |

1

MORRISON & FOERSTER LLP
Robert W. Manoso* (DC Bar No. 426323)
*rmanoso@mofo.com*
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1555
Facsimile: 202.887.0763

AMERICAN IMMIGRATION COUNCIL
Rebecca Cassler* (DC Bar No. 90017398)
*rcassler@immcouncil.org*
Suchita Mathur* (DC Bar No. 90013156)
*smathur@immcouncil.org*
PMB2026
2001 L Street, NW, Suite 500
Washington, D.C. 20036
Telephone: 202.507.7523
Facsimile: 202.742.5619

CENTER FOR CONSTITUTIONAL
RIGHTS
Angelo Guisado* (NY Bar No. 5182688)
*aguisado@ccrjustice.org*
Adina Marx-Arpadi* (NY Bar No
6019335)
*amarxarpadi@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: 212.614.6464
Facsimile: 212.614.6499

CENTER FOR GENDER
& REFUGEE STUDIES
Blaine Bookey (CA Bar No. 267596)
*bookeybl@uclawsf.edu*
Peter Habib (CA Bar No. 359646)
*habibpeter@uclawsf.edu*
200 McAllister Street
San Francisco, CA  94102
Telephone: 415.565.4877
Facsimile: 415.581.8824

CENTER FOR GENDER
& REFUGEE STUDIES
Robert Pauw* (WA Bar No. 13613)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Telephone: 206.682.1080
Facsimile: 206.689.2270

DEMOCRACY FORWARD
FOUNDATION
Sarah M. Rich* (GA Bar No. 281985)
*srich@democracyforward.org*
Adnan Perwez* (DC Bar No. 27532)
*aperwez@democracyforward.org*
P.O. Box 34553
Washington, DC 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nikolai Zolotov hereby gives notice that his action against Defendants is voluntarily dismissed. Plaintiff Nikolai Zolotov voluntarily dismisses his claims in this action because he is no longer a member of the certified class or subclass.

For purposes of clarity, this voluntary dismissal does not affect any other Plaintiff's claims against Defendants. Defendants have not yet served an answer or motion for summary judgment in this action. Accordingly, Plaintiff Nikolai Zolotov notices voluntary dismissal of his claims against Defendants without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: April 14, 2026                    Respectfully Submitted,

                                         MORRISON & FOERSTER LLP

                                         */s/ Eric M. Acker*
                                         Attorney for Plaintiffs
                                         eacker@mofo.com
                                         Eric M. Acker
                                         John R. Lanham
                                         Robert W. Manoso*

                                         CENTER FOR GENDER
                                         & REFUGEE STUDIES
                                         Melissa Crow*
                                         Blaine Bookey
                                         Peter Habib
                                         Robert Pauw*

                                         CENTER FOR CONSTITUTIONAL
                                         RIGHTS
                                         Baher Azmy*
                                         Angelo Guisado*
                                         Adina Marx-Arpadi*

                                         AMERICAN IMMIGRATION COUN-
                                         CIL
                                         Michelle Lapointe*
                                         Rebecca Cassler*
                                         Suchita Mathur*

3

DEMOCRACY FORWARD FOUNDA-
TION
Brian Netter*
Sarah M. Rich*
Adnan Perwez*

*admitted pro hac vice*