MORRISON & FOERSTER LLP
Eric M. Acker (CA Bar No. 135805)
*eacker@mofo.com*
John R. Lanham (CA Bar No. 289382)
*JLanham@mofo.com*
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone:   858.720.5109
Facsimile:   858.720.5125

AMERICAN IMMIGRATION COUNCIL
Michelle Lapointe* (DC Bar No. 90032063)
*mlapointe@immcouncil.org*
PMB 2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Telephone:   202.507.7523
Facsimile:   202.742.5619

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy* (NY Bar No. 2860740)
*bazmy@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   212.614.6464
Facsimile:   212.614.6499

*Additional Attorneys for Plaintiffs Listed on Next Page*

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow*
(DC Bar No. 453487)
*crowmelissa@uclawsf.edu*
1901 Pennsylvania Avenue NW
Suite 900, PMB 228
Washington, DC 20006
Telephone:   202.355.4471
Facsimile:   415.581.8824

DEMOCRACY FORWARD FOUNDATION
Brian Netter* (DC Bar No. 979362)
*bnetter@democracyforward.org*
P.O. Box 34553
Washington, DC 20043
Telephone:   202.448.9090
Facsimile:   202.796.4426

* admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-01501-RBM-DDL<br><br>**JOINT MOTION FOR ORDER REGARDING CONFIDENTIAL DISCLOSURE OF INDIVIDUAL PLAINTIFFS' IDENTITIES**<br><br>Hon. Ruth Bermudez Montenegro |

MORRISON & FOERSTER LLP
Robert W. Manoso*
(DC Bar No. 426323)
*rmanoso@mofo.com*
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:   202.887.1555
Facsimile:    202.887.0763

AMERICAN IMMIGRATION COUNCIL
Rebecca Cassler*(DC Bar No. 90017398)
*rcassler@immcouncil.org*
Suchita Mathur* (DC Bar No. 90013156)
*smathur@immcouncil.org*
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Telephone:   202.507.7523
Facsimile:    202.742.5619

CENTER FOR CONSTITUTIONAL RIGHTS
Angelo Guisado* (NY Bar No. 5182688)
*aguisado@ccrjustice.org*
Adina Marx-Arpadi*
(NY Bar No 6019335)
*amarxarpadi@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   212.614.6464
Facsimile:    212.614.6499

CENTER FOR GENDER AND REFUGEE STUDIES
Blaine Bookey (CA Bar No. 267596)
*bookeybl@uclawsf.edu*
Peter Habib (CA Bar No. 359646)
*habibpeter@uclawsf.edu*
200 McAllister Street
San Francisco, CA 94102
Telephone:   415.565.4877
Facsimile:    415.581.8824

CENTER FOR GENDER AND REFUGEE STUDIES
Robert Pauw* (WA Bar No. 13613)
*rpauw@ghp-law.net*
c/o GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone:   206.682.1080
Facsimile:    206.689.2270

DEMOCRACY FORWARD FOUNDATION
Sarah M. Rich* (GA Bar No. 281985)
*srich@democracyforward.org*
Adnan Perwez* (DC Bar No. 27532)
*aperwez@democracyforward.org*
P.O. Box 34553
Washington, DC 20043
Telephone:   202.448.9090
Facsimile:    202.796.4426

Plaintiffs Maria Doe, Jessica Doe, Fernando Doe, Ali Doe, Eduardo Doe, Jean Doe, Rous Doe, Diana Doe, Anahi Doe, and Dragon Doe (collectively, "Individual Plaintiffs") and Defendants Donald J. Trump, et al., (collectively, "Defendants") respectfully submit this Joint Motion for Order Regarding Confidential Disclosure of Individual Plaintiffs' Identities.

The Court's Order Granting Plaintiffs' Motion to Proceed Pseudonymously directed the parties to seek to come to an agreement on mutually agreeable terms for the confidential disclosure of the Individual Plaintiffs' identities to the Defendants.

The Parties have reached mutually agreeable terms. Prior to the confidential disclosure of the Individual Plaintiffs' identities, the Parties jointly ask the Court to enter an order with the following terms:

1.     The identities of Individual Plaintiffs will not be publicly disclosed and may be used only to identify and preserve information regarding those Individual Plaintiffs for purposes of this case.

2.     This language does not prohibit the federal government from processing or taking lawful enforcement action against the Individual Plaintiffs in the event they are physically present in the United States and are encountered by federal immigration enforcement officers.

There is good cause to grant this motion. A proposed order is being submitted upon filing pursuant to Local Civil Rule 7.2(c)

Dated:  May 12, 2026

Respectfully Submitted,

MORRISON & FOERSTER LLP


/s/ *Eric M. Acker*
Eric M. Acker
John Lanham
Robert W. Manoso

CENTER FOR GENDER AND
REFUGEE STUDIES
Melissa Crow
Blaine Bookey
Robert Pauw
Peter Habib

CENTER FOR CONSTITUTIONAL
RIGHTS
Baher Azmy
Angelo Guisado
Adina Marx-Arpadi

AMERICAN IMMIGRATION
COUNCIL
Michelle Lapointe
Rebecca Cassler
Suchita Mathur

DEMOCRACY FORWARD
FOUNDATION
Brian Netter
Sarah M. Rich
Adnan Perwez

*Attorneys for Plaintiffs*
AL OTRO LADO, INC., *et al.*


Dated:  May 12, 2026

Respectfully Submitted,

ADAM GORDON
United States Attorney


/s/ *Glen Dorgan*
Glen Dorgan

*Attorneys for Defendants*
DONALD J. TRUMP, *et al.*

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to Glen Dorgan, counsel for Defendants, and that I have obtained Glen Dorgan's authorization to affix his electronic signature to this document.

/s/ *Eric M. Acker*

CASE NO.: 3:25-CV-01501-RBM-DDL
JOINT MOTION FOR ORDER