UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC. et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>                              Defendants. | Case No.:  3:25-cv-01501-RBM-DDL<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

On June 25, 2026, the United States Supreme Court issued its decision in *Mullin v. Al Otro Lado*, No. 25-5, 609 U.S. __ 2026 WL 1825741 (2026).  The parties' briefing on the pending Motion to Dismiss (Doc. 45) raises issues that are potentially impacted by the Supreme Court's decision, including some reliance on the decision reversed by the Supreme Court, *Al Otro Lado v. Executive Office for Immigration Review*, 138 F.4th 1102 (9th Cir. 2025).  Accordingly, the parties shall file supplemental briefing addressing this new authority and its impact on this case.  Defendants shall file their supplemental brief by **July 7, 2026**.  Plaintiffs shall file their supplemental brief by **July 17, 2026**.[1]  To the extent

---

[1] To the extent the parties find a different procedure appropriate to address this new authority, they may file a joint motion with that proposal.

3:25-cv-01501-RBM-DDL

Defendants seek to file an additional brief addressing Plaintiffs' supplemental brief, they may seek leave to do so and explain the necessity of an additional brief.

**IT IS SO ORDERED.**

Dated:  June 26, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:25-cv-01501-RBM-DDL