

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>          Defendants. | Case No.:  3:25-cv-01501-RBM-<br><br>**ORDER:**<br>   **(1) GRANTING JOINT MOTION FOR ORDER REGARDING CONFIDENTIAL DISCLOSURE OF INDIVIDUAL PLAINTIFFS' IDENTITIES**<br><br>   **(2) GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>**[Docs. 67, 70]** |

The parties have filed two joint motions: (1) Joint Motion for Order Regarding Confidential Disclosure of Individual Plaintiffs' Identities (Doc. 67) and (2) Joint Motion to Modify Briefing Schedule (Doc. 70).

The parties' Joint Motion regarding confidential disclosure of the Individual Plaintiffs' identities seeks disclosure of their identities to Defendants subject to certain mutually agreeable terms.  (Doc. 67 at 3.)  The Joint Motion (Doc. 67) is **GRANTED** as

follows:

1.  The identities of Individual Plaintiffs will not be publicly disclosed and may be used only to identify and preserve information regarding those Individual Plaintiffs for purposes of this case.

2.  This language does not prohibit the federal government from processing or taking lawful enforcement action against the Individual Plaintiffs in the event they are physically present in the United States and are encountered by federal immigration enforcement officers.

The parties' Joint Motion to Modify Briefing Schedule (Doc. 70) seeks an extension of the deadlines the Court set for the parties to file supplemental briefing on the impact of the Supreme Court's June 25, 2026 decision in *Mullin v. Al Otro Lado* on the pending Motion to Dismiss (Doc. 45).  The parties request Defendants' deadline be extended from July 7, 2026 to July 28, 2026 and that Plaintiffs' deadline be extended from July 17, 2026 to August 28, 2026.  (Doc. 70 at 1.)  The Joint Motion (Doc. 70) is **GRANTED**. Defendants' supplemental brief shall be filed by July 28, 2026 and Plaintiffs' supplemental brief shall be filed by August 28, 2026.

**IT IS SO ORDERED.**

Dated:  July 1, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:25-cv-01501-RBM-DDL